IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

P.A.M. TRANSPORT, INC.                                                                PLAINTIFF

V.                                        CASE NO. 5:23-CV-5002

SCHELL & KAMPTER, INC.
D/B/A/ DIAMOND PET FOODS                                                         DEFENDANT

## JUDGMENT

Pursuant to the Jury's Verdict in this matter, the Court hereby finds and directs that Plaintiff P.A.M. Transport, Inc. is entitled to a judgment on damages against Defendant Schell & Kampter, Inc., d/b/a Diamond Pet Foods for breaches of the transportation contracts at issue in this case.

**IT IS ORDERED** that judgment is hereby rendered and awarded to P.A.M. Transport against Diamond Pet Foods in the amount of $246,758.00.

**IT IS SO ORDERED** on the 18th day of September, 2025.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE